

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| FRANCISCO VALLES, | § | No. 08-18-00061-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02069) |
|  | § |  |

**O R D E R**

The record before us contains a trial court's certification of the defendant's right of appeal, but the trial court did not place a mark in one of the boxes on the form to indicate whether the defendant does or does not have a right to appeal. *See* TEX.R.APP.P. 25.2(a)(2), (d). The trial court is ordered to prepare and file with the trial court clerk within thirty days from the date of this order a certification of the defendant's right of appeal as required by TEX.R.APP.P. 25.2(a)(2) and 25.2(d). The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than June 29, 2018.

IT IS SO ORDERED this 15th day of May, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.